3:23-CV-650-BJD-JBT

Provided to Suwannee Correctional Institution on:
MAY 2 6 2023
for mailing, by: CMG

Re: Emergency Complaint

Emergency Motion For Mental Health Treatment And Medical Treatment

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
2023 JUN -1 AM 11:50
FILED

I am a mental health inmate housed at Suwannee Correctional Institution. My psych grade is a "3" where I take psychotropic medication. I was transferred from Suwannee Annex where I was just on suicide observation for (7) day's. Since I've been to this institution I have cried out for help and to no avail have I received it. I have ask that I be placed in long term mental health unit.

1) I suffer from being molested as a child, I'm in pain, I hear voices telling me to harm other inmate's as well as staff.

2) I SUFFER FROM P.T.S.D. I WAS STABBED 17 TIMES AND ALMOST DIED, ALSO THE TRAMA FROM BEING MOLESTED AND A KNIFE BEING HELD TO MY THROAT.

3) I'VE BEEN BEATEN BY STAFF MEMBER'S ALSO REFUSED FOOD.

4) I BEEN ON TCU, CSU, CMHI IN THE PAST ALSO BAKERACTED IN THE LAST 1/EAR. I FEEL LIKE HARMING MYSELF MORE OFTEN BECAUSE I'M HAVING A MENTAL HEALTH BRAKE DOWN I DO NOT KNOW IF I'M COMING OR GOING I NEED HELP. SEVERAL OF MY FAMILY MEMBER'S HAS PASSED IN THE LAST 3 YEAR'S AND I'M NOT ABLE TO COPE.

5) I'M LETTING YOUR OFFICE KNOW IF THEY CONTENUE TO NEGLECT MY MENTAL HEALTH NEED'S I'M GOING TO KILL MYSELF OR POSSIBLY SOMEONE ELSE, OR CUT INTILL I BLEED OUT. I'M HAVING A BRAKDOWN.

I'm requesting this office please reach out to Suwannee C.I. Main Unit or Central Office in Tallahassee Florida for the Florida Department of Corrections and have me evaluated for my condictions and I will not refuse. If I'm not seen I will kill myself my life is in your hand's please help. Please see attached documents to verify that I have reached out. I'm in fear of my life here at Suwannee staff beat you here for asking for help

Curtis Armbrister
DC# 1311402
Suwannee C.I. M/U
5964 U.S. Hwy 90
Live Oak, FL 32060

Date: 5-26-2023